In the Matter of the Judicial Settlement of the Account of Proceedings of His Eminence, PATRICK CARDINAL HAYES, Archbishop of New York, as Trustee of the Trust Created for the Benefit of MARY THEODORA QUINN and MATTHEW THEODORE QUINN and Remaindermen, etc., of KATHERINE BROPHY, Also Known as KATHERINE A. BROPHY, Deceased. MATTHEW F. QUINN, as Administrator, etc., of MARY THEODORA QUINN, and MATTHEW THEODORE QUINN, Objectants, Appellants; Most Reverend THOMAS E. MOLLOY, as Sole Executor, etc., of His Eminence, PATRICK CARDINAL HAYES, Archbishop of New York, Deceased, and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents, the executor of the deceased trustee, the successor in interest of the residuary legatee, and the successor trustee payable out of the fund. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES EDWARD IRONSIDE, Petitioner, Appellant, for an Order against ORDWAY TEAD (Chairman) and Others, Composing and Constituting the Board of Higher Education of the City of New York, Respondents.— The court properly permitted to remain in the answer that portion of the defense sought to be stricken out. We do not pass upon any other issue. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS SULLIVAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS FLORENCE, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

RITA DONOHUE, Appellant, v. INTERBOROUGH NEWS Co., Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WILLIAM MACCHIO, Individually and as a Creditor of the DELMA CONSTRUCTION Co., INC., and MARGENE ENGINEERING & EQUIPMENT CORPORATION, Appellant, v. DELMA CONSTRUCTION Co., INC., and Others, Defendants, Impleaded with DELMA ENGINEERING CORPORATION and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROYAL INDEMNITY COMPANY, Appellant, v. SOL LUSTBADER, INC., Defendant, Impleaded with STANDARD SURETY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to reverse the determination of the Appellate Term and to affirm the judgment of the City Court.